AO 442 (Rev 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

RECEIVED SEP 9 '26
U.S. MARSHAL-DC PM2:28

United States of America
v.
PERRY YOUNG

*Defendant*

Case: 1:26-cr-000209
Assigned To: Judge AliKhan, Loren L.
Assign Date: 9/8/2026
Description: INDICTMENT (B)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* PERRY YOUNG,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846
(Conspiracy to Distribute and Possess with Intent to Distribute Dimethyltryptamine)

21 U.S.C. § 860
(Distribution of Dimethyltryptamine and 3,4-Methylenedioxymethamphetamine Within 1,000 Feet of a Private College)

21 U.S.C. §§ 841(a)(1) and (b)(1)(C)
(Distribution and Possession with Intent to Distribute 3,4-Methylenedioxymethamphetamine

Date: 09/08/2026

*Issuing officer's signature*

City and state: Washington, DC

Moxila A. Upadhyaya, U.S. Magistrate Judge

*Printed name and title*

**Return**

This warrant was received on *(date)* 09/09/2026, and the person was arrested on *(date)* 09/10/2026
at *(city and state)* WASHINGTON, DC.

Date: 09/10/2026

*Arresting officer's signature*

SA KHOURY

*Printed name and title*